UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00165-KJD-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR PLACEMENT IN THE |
| vs. | ) | RESIDENTIAL RE-ENTRY |
| | ) | CENTER/HALFWAY HOUSE |
| DARNELE NELSON | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

Presently before the Court is the matter of *United States v. Darnele Nelson,* 2:16-cr-00165-KJD-CWH.

On July 26, 2017, this Court held a hearing for Revocation of Supervised Release as to Mr. Nelson. The Court ordered that Mr. Nelson reside in the residential re-entry center/halfway house for a period of up to seven (7) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Darnele Nelson reside in a residential re-entry center/half way house for a period of up to seven (7) months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED THIS  26th day of July, 2017

_____
UNITED STATES DISTRICT JUDGE

-1-