UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DARNELE NELSON,<br><br>         Defendant. | Case No. 2:16-CR-00165-KJD-CWH<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties had previously tried and failed to resolve the matter by negotiation and believe that a contested revocation hearing may be required to resolve the matter. However, the government's LVMPD witnesses are unavailable on December 7, 2021.

2. On or about August 5, 2020, Nelson was charged by indictment with violating 18 U.S.C. §§ 922g and 924(a)(2) -Prohibited Person Possessing a Firearm, case number 2:20-cr-195-APG-EJY, ECF 8. Nelson is presently at liberty pending trial, which is currently scheduled for April 25, 2022. 2:20-cr-195-APG-EJY.

3. Pending before that court is defendant's pretrial motion to dismiss the indictment and motion to suppress. 2:20-cr-195-APG-EJY, ECF 28 and 29. The defendant has asked for an evidentiary hearing on his motion to suppress. The parties in this matter want to wait until these motions are adjudicated in the 2020 case before engaging in a contested revocation hearing in this matter. The suppression hearing is

4

currently set for February 15, 2022. Accordingly, the parties ask that the Court continue the revocation hearing from its current setting to a date on or after March 15, 2022 to allow those motions to be adjudicated.

4. The defendant is not incarcerated and does not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to adequately prepare for the revocation hearing and the government continuity of counsel. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the tenth stipulation to continue the revocation hearing.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for December 7, 2021, be vacated and continued to a date and time convenient to this Court, that is <u>Tuesday, March 1, 2022</u>, , at the hour of <u>9:30 a.m.</u> (NO MORE CONTINUANCES)

DATED this <u>19th</u> day of November, 2021.

HONORABLE KENT J. DAWSON
United States District Judge